DARRYL M. WOO (CSB No. 100513)
dwoo@fenwick.com
MICHAEL A. SANDS (CSB No. 178788)
msands@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
LORD & SONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORD & SONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM J. THOMPSON; TOMARCO CONTRACTOR SPECIALTIES, INC.; TOMARCO FASTENING SYSTEMS; CONSTRUCTION ENGINEERED ATTACHMENT SOLUTIONS; HEAD FIRST PRODUCTS INC., <br><br> Defendants. | Case No.  C07-05496 EMC <br><br> **PLAINTIFF LORD & SONS, INC.'S *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-10 and Paragraph 4 of the Court's March 1, 2007 Standing Order regarding Case Management Conferences, plaintiff Lord & Sons, Inc. ("Lord & Sons") hereby submits this application to continue the Case Management Conference currently set for February 6, 2008.

## DISCUSSION

Plaintiff Lord & Sons is a California corporation, with its principal place of business at 430 East Trimble Road, San Jose, California.  Declaration of Michael A. Sands In Support of Plaintiff's Ex Parte Application to Continue Case Management Conference ("Sands Decl.") ¶ 2. Defendants are William J. Thompson, an individual, and several corporate entities engaged in the

1  business of manufacturing and supplying fastening systems and other construction products to the
2  construction industry.  Sands Decl. ¶¶ 3-6.  Defendant Thompson is the sole named inventor on
3  United States Design Patent No. D528,900 ("the '900 Patent"), which claims a design for a
4  certain type of construction fastener.  Sands Decl. ¶ 3.

5  On October 29, 2007, Lord & Sons filed the instant action seeking a declaration of the
6  noninfringement and invalidity of the '900 Patent, and provided a courtesy copy of the Complaint
7  in this case to counsel for Defendants.  Sands Decl. ¶ 7.  The parties then began negotiations in an
8  attempt to resolve their dispute without the need for active litigation.  Sands Decl. ¶ 8.  Those
9  negotiations have been productive, and Lord & Sons expects that a full settlement will be
10 finalized in the near future and will likely include a dismissal of this case.  *Id*.  Hopeful that such
11 a result can be reached and the need to pursue this action avoided, Lord & Sons has not yet
12 formally served the Complaint on Defendants and requests that the February 6, 2008 Case
13 Management Conference be continued to allow the parties time to conclude their settlement.
14 Sands Decl. ¶ 9.

## CONCLUSION

For the reasons set forth herein, Lord & Sons respectfully requests that this Court continue the Case Management Conference currently set for February 6, 2008 to a date not earlier than March 26, 2008.

Dated: January 24, 2008                FENWICK & WEST LLP

                                       By:        /s/
                                             Michael A. Sands

                                       Attorneys for Plaintiff
                                       LORD & SONS, INC.

**PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE CMC**     2     CASE NO. C07-05496 EMC