DARRYL M. WOO (CSB No. 100513)
dwoo@fenwick.com
MICHAEL A. SANDS (CSB No. 178788)
msands@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
LORD & SONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORD & SONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM J. THOMPSON; TOMARCO CONTRACTOR SPECIALTIES, INC.; TOMARCO FASTENING SYSTEMS; CONSTRUCTION ENGINEERED ATTACHMENT SOLUTIONS; HEAD FIRST PRODUCTS INC.,<br><br>　　　　　Defendants. | Case No.  C07-05496 EMC<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon reviewing and considering Plaintiff Lord & Sons, Inc.'s *Ex Parte* Application to Continue Case Management Conference, and good cause appearing therefor, this Court orders that the Case Management Conference in this action be continued until _____.

IT IS SO ORDERED.


Dated:_____, 2008

　　　　　　　　　　　　　　　　　　　　　　Honorable Edward M. Chen
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**[PROPOSED] ORDER CONTINUING CMC**　　　　　　　　　　　　　　　　　　　　　　CASE NO. C07-05496 EMC