DARRYL M. WOO (CSB No. 100513)
dwoo@fenwick.com
MICHAEL A. SANDS (CSB No. 178788)
msands@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
LORD & SONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORD & SONS, INC., | Case No.  C07-05496 EMC |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| WILLIAM J. THOMPSON; TOMARCO CONTRACTOR SPECIALTIES, INC.; TOMARCO FASTENING SYSTEMS; CONSTRUCTION ENGINEERED ATTACHMENT SOLUTIONS; HEAD FIRST PRODUCTS INC., | |
| Defendants. | |

Upon reviewing and considering Plaintiff Lord & Sons, Inc.'s *Ex Parte* Application to

Continue Case Management Conference, and good cause appearing therefor, this Court orders

that the Case Management Conference in this action be continued until

April 2, 2008 at 1:30 p.m.  A joint case management statement shall be filed by March 26, 2008.

IT IS SO ORDERED.

                January 28
Dated:_____, 2008


Hon. _____ M. Chen
_____ strate Judge

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN ... CALIFORNIA

[PROPOSED] ORDER CONTINUING
CMC                                                    ... No. C07-05496 EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW