1  DARRYL M. WOO (CSB No. 100513)
   dwoo@fenwick.com
2  MICHAEL A. SANDS (CSB No. 178788)
   msands@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone: (650) 988-8500
   Facsimile: (650) 938-5200
6
   Attorneys for Plaintiff
7  LORD & SONS, INC.

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10
## SAN FRANCISCO DIVISION
11

12 | LORD & SONS, INC., | Case No. C07-05496 EMC
13 | Plaintiff, | **PLAINTIFF LORD & SONS, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
14 | v. |
15 | WILLIAM J. THOMPSON; TOMARCO CONTRACTOR SPECIALTIES, INC.; TOMARCO FASTENING SYSTEMS; CONSTRUCTION ENGINEERED ATTACHMENT SOLUTIONS; HEAD FIRST PRODUCTS INC., |
18 | Defendants. |

20  NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Pro. 41(a)(1), plaintiff Lord
21  & Sons, Inc. hereby voluntarily dismisses the above-captioned action in its entirety WITHOUT
22  PREJUDICE.

23  Dated: March 7, 2008                    FENWICK & WEST LLP

24                                          By:           /s/
25                                                 Michael A. Sands

26                                          Attorneys for Plaintiff
                                            LORD & SONS, INC.
27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE                              CASE NO. C07-05496 EMC